**STATE of Missouri, Respondent,**

v.

**Freddie HILL, Appellant.**

**No. ED 81373.**

Missouri Court of Appeals,
Eastern District,
Division Four.

May 20, 2003.

Ellen H. Flottman, Columbia, MO, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., & Charnette D. Douglass, Jefferson City, MO, for respondent.

Before WILLIAM H. CRANDALL, JR., P.J., SHERRI B. SULLIVAN and GLENN A. NORTON, JJ.

**ORDER**

PER CURIAM.

Defendant, Freddie Hill, appeals from the judgment of convictions, after a jury trial, of three counts of robbery in the first degree and three counts of armed criminal action. He was sentenced, as a persistent offender, to six concurrent thirty-year sentences.

No jurisprudential purpose would be served by a written opinion. The judg-